

# IN THE
# TENTH COURT OF APPEALS

## No. 10-11-00064-CV

**DOUBLE DIAMOND, INC.,**

                                                    Appellant

 **v.**

**RANDY BYRNE D/B/A RANDY
BYRNE CONSTRUCTION AND
RUSHIN TRUSS, LTD.,**

                                                    Appellees

### From the 18th District Court
### Johnson County, Texas
### Trial Court No. C200800088

## MEMORANDUM OPINION

Double Diamond, Inc. has filed a motion to dismiss this appeal, pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, after reaching a final resolution in the underlying suit of all claims.

Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.1(a).

                              TOM GRAY
                              Chief Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 8, 2011
[CV06]